**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and KYLE ZIMMERMAN

Mark E. Merin
Paul H. Masuhara
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, CA 95814
TEL: 916.443.6911
FAX: 916.447.8336

Attorneys for Plaintiff ORLAND TRUITT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO TRUITT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, KYLE ZIMMERMAN, and DOES 1 to 20,<br><br>　　　　Defendants.<br>_____/ | CASE NO.  2:20-cv-02062-MCE-KJN<br><br>**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**<br><br>Complaint Filed:  10/15/2020 |

The parties have met and conferred and have agreed to participate in an early Settlement Conference with Magistrate Judge Kendall J. Newman presiding.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on January 29, 2021, at 9:00 a.m.;

2. All discovery obligations, including Rule 26 disclosures, are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the settlement conference.

**IT IS SO STIPULATED.**

Dated:  12/02/2020                            PORTER SCOTT
                                              A PROFESSIONAL CORPORATION

                                              By:  /s/Carl L. Fessenden
                                                   Carl L. Fessenden
                                                   Attorney for Defendants

Dated:  12/02/2020                            LAW OFFICE OF MARK E. MERIN

                                              By:  /s/Mark E. Merin (*authorized* 12/02/2020)
                                                   Mark E. Merin
                                                   Attorney for Plaintiff Orlando Truitt

### ORDER

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference and finding good cause therefore, hereby approves:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on January 29, 2021, at 9:00 a.m., in Courtroom 25.

2. All discovery obligations, including Rule 26 disclosures, are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the settlement conference.

IT IS SO ORDERED.

Dated:  December 7, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE