**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and KYLE ZIMMERMAN

Mark E. Merin
Paul H. Masuhara
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, CA 95814
TEL: 916.443.6911
FAX: 916.447.8336
Attorneys for Plaintiff ORLAND TRUITT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO TRUITT,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, KYLE ZIMMERMAN, and DOES 1 to 20,<br><br>    Defendants. | CASE NO.  2:20-cv-02062-MCE-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint Filed:  10/15/2020 |

{02369598.DOCX}                                1
**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ORLANDO TRUITT and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and KYLE ZIMMERMAN, by and through their undersigned counsel that this action be dismissed, with prejudice, with each side to bear its own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: March 19, 2021　　　　　　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　　　By  /s/Carl L. Fessenden
　　　　　　　　　　　　　　　　　　　　　　Carl L. Fessenden
　　　　　　　　　　　　　　　　　　　　　　Suli A. Mastorakos
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Dated: March 18, 2021　　　　　　　　　　LAW OFFICE OF MARK E. MERIN

　　　　　　　　　　　　　　　　　　　　By   /s/Paul Masuhara (Authorized on 03/18/2021)
　　　　　　　　　　　　　　　　　　　　　　Mark E. Merin
　　　　　　　　　　　　　　　　　　　　　　Paul Masuhara
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:  March 24, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE